IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY TARKINGTON,
ADC #85550                                                                                     PLAINTIFF

v.                                              5:09CV00069HLJ

TIM MULLINS, et al.                                                                      DEFENDANTS

## ORDER

Plaintiff's motion to withdraw his motion to compel (DE #26) is hereby GRANTED.

Plaintiff's motion to amend, which is a motion to attach a grievance as an exhibit to his complaint (DE #13), is hereby GRANTED.

IT IS SO ORDERED this 30th day of April, 2009.

_____
United States Magistrate Judge