IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY TARKINGTON,
ADC #85550                                                                                               PLAINTIFF

5:09CV00069HLJ

TIM MULLINS, et al.                                                                                     DEFENDANTS

ORDER

By Order dated May 12, 2009, this Court directed defendants to provide the last-known addresses of defendants Tim Mullins, Vesta Mullins, Neema Suphan and Juanita Stell, who have not yet been served (DE #39). Defendants have responded by email and telephone for security purposes. This Court will direct that the email response be filed under seal, and will direct the re-issuance of service on defendant Tim Mullins at the address noted in the email. In addition, the Court will direct the issuance of service on defendant Neema Suphan at the address filed under seal at docket entry #14. Finally, summons and service will be re-issued to defendants Vesta Mullins and Juanita Stell in care of their attorneys. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' response to the Court's Order shall be placed under seal in the Clerk's Office, and that the address set forth in such shall not be made part of any public record.

IT IS FURTHER ORDERED that the Clerk of the Court shall prepare summons for the defendant Tim Mullins, and the United States Marshal is hereby directed to serve a copy of the summons and complaints (DE ##2, 6) on defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that the Clerk of the Court shall prepare summons for the defendant Neema Suphan, and the United States Marshal is hereby directed to serve a copy of the summons and complaints on defendant at the address provided under seal (DE #14), without

prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that the Clerk of the Court shall prepare summons for the defendants Vesta Mullins and Juanita Stell, and the United States Marshal is hereby directed to serve a copy of the summons and complaints on defendants in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that upon re-issuance of the complaints and summons, the United States Marshal is hereby directed to send plaintiff's copy of process to the Clerk of the Court, who shall then remove the addresses of Tim Mullins and Neema Suphan prior to forwarding a copy to plaintiff.

IT IS SO ORDERED this 20th day of May, 2009.

*Henry L. Jones, Jr.*
United States Magistrate Judge