IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY TARKINGTON,
ADC #85550                                                                                           PLAINTIFF

v.                                          5:09CV00069HLJ

TIM MULLINS,  et al.                                                                          DEFENDANTS

## ORDER

On April 28, 2009, and June 18, 2009 defendants filed their answers (DE ##28, 68) to plaintiff's original and amended complaints (DE #2), asserting several affirmative defenses.  This matter is ready to be scheduled for trial.  If defendants intend to rely on the defenses mentioned in their answers, they must file a dispositive motion within thirty (30) days of the date of this Order.

IT IS SO ORDERED this 2nd day of October,  2009.

_____
United States Magistrate Judge