IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY TARKINGTON,
ADC #85550                                                                                          PLAINTIFF

v.                                           5:09CV00069HLJ

TIM MULLINS, et al.                                                                          DEFENDANTS

### ORDER

Plaintiff's motions to amend his complaint and to clarify the allegations of his complaint (DE ##90, 93), are in actuality briefs in support of his complaint and shall be re-docketed as such.

IT IS SO ORDERED this 19th day of October, 2009.

_____
United   States   Magistrate   Judge