IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY TARKINGTON,
ADC #85550                                                                                    PLAINTIFF

v.                                            5:09CV00069HLJ

TIM MULLINS, et al.                                                                      DEFENDANTS

## ORDER

Plaintiff's motion to correct his February 23, 2010 filing (DE #114) is hereby GRANTED. The Clerk is hereby directed to re-docket #113 as a memorandum in support of his claims and a motion for a jury trial.

IT IS SO ORDERED this 10th day of March, 2010.

_____
United States Magistrate Judge

1