**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JOHNNY TARKINGTON,                                                                    PLAINTIFF
ADC #85550

v.                                      No. 5:09CV00069JLH/HLJ

TIM MULLINS, et al.                                                                    DEFENDANTS

## ORDER

The Court has received  proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.   After a review of those proposed findings and recommendations, and the timely objections received thereto,  as well as a de novo review of the record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment (DE #118) is  hereby GRANTED, and plaintiff's complaint against defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 26th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE