IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY TARKINGTON,                                                                                    PLAINTIFF
ADC #85550

v.                                            No. 5:09CV00069JLH/HLJ

TIM MULLINS, et al.                                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 26th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE